BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: § § **Tracy Ownbey** § Case No.: **13-41553** § § Debtor(s) § §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **April 2, 2013**     **/s/ Tracy Ownbey**
**Tracy Ownbey**
Signature of Debtor

Date: **April 2, 2013**     **/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins 12338110**
**Eric A. Liepins P.C.**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

**xxx-xx-7263**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Capital Bank N.A
121 Alhambra Plaza Suite 1601
Coral Gables, FL 33134

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Chase
P.O.Box 15298
Wilmington, DE 19850

Diversified Credit System
AKA Gastroenterology Assoc
P.O Box 3424
Longview, TX 75606

EECU
P.O. Box 1777
Fort Worth, TX 76101-1777

First South Bank
1450John B. White Sr. Blvd
Spartanburg, SC 29306

Lyles Darr & Clark LLP
P.O. Box 5726
Spartanburg, SC 29304-5726

Storm Master Inc.
2313 E Loop 820 North
Fort Worth, TX 76118

```
United Equitable Mortagage
3500 Maple Ave Suite 200
Dallas, TX 75219-3931
```