

```
31 0015              4EE
PROFESSIONAL COMPUTER
SOFTWARE SERVICES
909 WESLEY COURT SUITE C
BOILING SPRINGS, SC 29316
```

Earnings Statement

Pay Period:   1/16/2013 to 2/15/2013
Pay Date:     2/15/2013
Check #:      20131055

Employee Number:         3615
Department Number:       51
Social Security Number:  XXX-XX-7265
Marital Status:          MARRIED
Number Of Allowances:    98
Rate:

TRACY A OWNBEY
1429 SARATOGA LANE
ALEDO, TX 76008

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year To Date | Description | This Period | Year To Date |
| SALARY | | 7500.00 | 22500.00 | 401-K | 750.00 | 2254.98 |
| | | | | FICA | 573.75 | 1721.25 |
| | | | | FED WT | 688.13 | 2064.39 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $22,500.00 | $7,500.00 | $2,011.88 | $5,488.12 |