Mark Stromberg, Esquire
Texas Bar No. 19408830
STROMBERG STOCK
Two Lincoln Center
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
Telephone: (972) 458-5353
Facsimile: (972) 770-2156
mark@strombergstock.com

Attorney for American Express Bank, FSB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:   TRACY OWNBEY,

             Debtor.                                      Chapter 7 Bankruptcy
                                                            Case No.: 13-41553-dml7
_____/
AMERICAN EXPRESS CENTURION BANK and
AMERICAN EXPRESS BANK, FSB,

             Plaintiffs,                           Adversary Proceeding No.: 13-
   Vs.

TRACY OWNBEY, a/k/a TRACY A. OWNBEY

             Defendant.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

    American Express Bank, FSB, a federal savings bank and American Express Centurion Bank, a Utah chartered financial institution are wholly owned subsidiaries of American Express Travel Related Services Company, Inc., a New York Corporation wholly owned by American Express Company, which is publically owned and traded.

                                                                  Respectfully submitted,

Dated: July 19, 2013                          By:  */s/ Mark Stromberg*
                                                        Mark Stromberg (Bar No. 19408830)
                                                        Attorney for Plaintiff, American Express